# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**REBECCA S. LARUE**                                                                 **PLAINTIFF**

**v.**                              **Case No. 4:17-cv-00054-KGB**

**INTEGRATED CONSULTING
& INSPECTION, LLC**                                                                   **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that plaintiff Rebecca LaRue Gutierrez's claims against defendant Integrated Consulting & Inspection, LLC are hereby dismissed with prejudice.

So adjudged this the 8th day of May, 2018.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE